JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODIE BULLOCK,<br><br>           Plaintiff,<br><br>      v.<br><br>PHILIP MORRIS USA INC.,<br><br>           Defendant. | No. CV 14-1258 DSF (JCx)<br><br>**JUDGMENT ON THE VERDICT FOR PLAINTIFF** |

   The jury having found in favor of Plaintiff Jodie Bullock,

   IT IS ORDERED that:

   Judgment is entered in favor of Plaintiff in the amount of $900,000.00, with interest at the rate provided by law.  Plaintiff shall also recover her costs pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, and Local Rule 54.

DATED: December 11, 2015            *Dale S. Fischer*            ____

                                                   Hon. Dale S. Fischer
                                                   United States District Judge

1